CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of California

**FILED**

Jun 02 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ GloriaVocal    DEPUTY

Prince
Adam Bin Alwaleed

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Donald J Trump
& his Tariffs

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    **'25CV1388 BJC AHG**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

injunction
& Complaint

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Prince Adam Bin Alwaleed

Street Address — 720 4th Ave #137

City and County — San Diego

State and Zip Code — California 92101

Telephone Number — 619-987-3029

E-mail Address — princeadambinalwaleed2025@gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship          ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Section 232 of the Trade expansion act of 1962 The IEEPA (International Emergency Economic Powers Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* Prince Bin Alwaleed , is a citizen of the State of *(name)* San Diego, California . Or is a citizen of *(foreign nation)* and Saudi Arabia ( by default)

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* Donald J Trump , is a citizen of the State of *(name)* Florida . Or is a citizen of *(foreign nation)* .

   b.    If the defendant is a Limited Liability Company (LLC)

   The defendant LLC's individual members, *(names)*

   are citizens of the following States or foreign nations *(names)*:

   _____ .

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

**IV. Statement of Claim(s) (cont'd)**

B. SECOND CLAIM FOR RELIEF: $50 million _____ (identify the law or right you

claim was violated), by The 9th Amendment                    Protection from        & 7th (name
the defendant(s) involved). Bill of Rights                    Discrimination:        Amendment
                                                                                     of Bill of Rights
                                                                                     - Right to fair
                                                                                       housing:

Supporting Facts: (explain what happened): _____

During Donald J Trump's first term, I was
forced out onto the streets, as soon as trump
took office! Some of his "people" forced me to
be homeless! During the 2016 year, I posted
online that "we the people have the unalienable,
constitutionally protected right of revolution" against
Donald Trump! He saw this post & stole it, twisted
it into January 6th! That's around the time
I had been forced onto the streets by one of
his real estate pals!

C. THIRD CLAIM FOR RELIEF: I am asking for $333 billion (identify the law or right you claim

was violated), by Donald J Trump & Elon Musk _____ (name the

defendant(s) involved).

Supporting Facts: (explain what happened): I am on Social Security
Retirement & SSI as well as CalFresh, Medicare
Medi-Cal, & My Saudi Royal Prince father,
Alwaleed Bin Talal, Elon Musk & Donald Trump
found out about my incomes yet couldn't strip
it all away from me! So, they got Donald Trump
in as President in order to Attack Social Security,
Food Stamps, Medicare & Medicaid-MediCal!
My father told Elon Musk to get Mike
Severt, owner of T-mobile to ban me from his
networks & Mark Zuckerberg to Ban me from
all Meta Networks! (see attached)

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11   [Plaintiff], *Prince Adam*          Case No.:  [Case No.]  **'25 CV 1388 BJC AHG**
12   *Bin Alwaleed*
                              Plaintiff,
13   v.  *& the People of California     [Title] *Federal Injunction*
         *& the United States of*        *against Donald Trump's*
14   [Defendant], *Donald J Trump*       *Tariffs*
15                            Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

                              1

injunction 1

His Royal Highness, Prince Adam
Bin Alwaleed, eldest son of Saudi Royal
Prince, Alwaleed Bin Talal, hereby cancels
All Tariffs in every state within the
United States on behalf of all of
" the people", the economy & foreign
Relations with our brothers &sisters
in all parts of the world. Canceling
Tariffs, is in the best interest of all
people, parties the economy & most important
the foreign relations & wellbeing of our
brothers & sisters in other countries.
This Federal injunction shall serve
as a permanent barrier against
all destructive Tariffs which place
undo strain on peaceful foreign relations.
This injunction also serves to
prevent Donald Trump from receiving
the Aircraft as a gift from Qatar,
The Aircraft will belong to "the
American people", the general Public
for use by them.
This injunction will serve as
The voices of "The people" the desires
of " the people" to dissolve
all "Tariffs" & place ownership of The
Qatari Plane into the possesion of
"The people" herein out.

Insunction 2

1  His Royal Highness, Prince Adam
2  Bin Alwaleed eldest son of Saudi
3  Royal Prince, Alwaleed Bin Talal, being
4  U.S. born & a citizen of America
5  who is officially running for President
6  in 2028, is hereby Attempting to remedy
7  receipt of orders from China that
8  are being held at China port until the
9  "Trump Tariffs" are suspended in California
10  & the rest of the country. Opening
11  the California ports will cause
12  the influx of tractor-trailer shipping
13  companies to be able to take goods
14  all over the country, tariff-free, as it
15  should be! Power to the People!

16  In addition this Qatari "Gift" shall
17  Remain "the sole property of "the US government"
18  & "the people" for use as needed, paid
19  for in half by; the U.S. Government
20  & the other half, at the time of use.

21  "The Foreign Emoluments Clause" found
22  in Article 1, Section 9, clause 8 prohibits
23  any person holding an "office of profit or
24  trust under the United States" from accepting
25  any "gift" emolument office, or title from
26  a foreign government without congressional consent.
27  This includes the President.
28  This above is directly applicable to the
     Qatari Airplane: Cease the plane
     & will it to "the people!"

Injunction 3

In reference to: Snap & Social Security

1

2 Social Security is NOT an "entitlement"
3 yet rather a community mutual fund
4 which we all pay into as we worked!
5 As we age, we can no longer function
6 as we did once before! This mutual
7 fund guarantees "U.S." a means in
8 which to live without working.
9 When a person is born with disabilities
10 or becomes permanently disabled at
11 some point in their lives, they cannot
12 work, therefore, they need a means
13 to live in such a way that all of their
14 needs are met! Social Security gives people
15 with disabilities, this!

16 Snap benefits allow people on Social Security,
17 to be able to eat, due to the fact that the
18 Social Security benefits are way below the
19 national standard (cola) of living, thus necessita-
20 necessitating further assistance. I am
21 hereby placing permanent injunctions against N
22 the removal of SNAP benefits & Social Securit,
23 on the basis that doing so hurts millions &
24 is an egregious violation of Human rights to
25 access to food, shelter, water & basic rights
26 as placed within the "Bill of Rights".
27 As I myself face the losses of my incomes
28 I need the means to continue to provide

myself with everything, I "need". I also ask
for fines imposed against Trump & elon Musk
to be paid to Adam. Bin Alwaleed in the
Amount of $ 333 million deposited into
my bank account. Checking account #
Wells 1803546561
fargo Routing #
121042882

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | |
|---|---|
| _Adam Bin Alwaleed_ )<br>)<br>)<br>**Plaintiff(s)**<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_<br>-v-<br><br>_Donald J Trump_ )<br>)<br>)<br>**Defendant(s)**<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names.)_ | Case No.  **'25CV1388 BJC  AHG**<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial:  _(check one)_  ☐ Yes  ☒ No |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              _Adam Bin Alwaleed_
   Street Address    _720 4th Ave #137_
   City and County   _San Diego,_
   State and Zip Code _Ca 92101_
   Telephone Number  _619-987-3029_
   E-mail Address    _Prince adambingalwaleed2025b@_
                     _gmail.com_

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Donald J Trump
US President
1600 Pennsylvania Ave NW
Washington Dc 20500

202-456-7041
trump.library@nara.gov
http://www.whitehouse.gov/contact/

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Elon Musk SpaceX

P.O. box 341886
Lakeway, Tx 78734

310-363-6000
info@spacex.com

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship          ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Social Security Act of 1935 Title XIX 1965
US Constitution - Article 13, Title XVII
7th Amendment & Article 11
of the US constitution
& the 22nd Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Adam, Bin Alwaleed, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* United States of America

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Donald J Trump, is a citizen of the State of *(name)* New York & Florida Or is a citizen of *(foreign nation)* USA.

b.    If the defendant is a Limited Liability Company (LLC)

The defendant LLC's individual members, *(names)* Trump Organization

are citizens of the following States or foreign nations *(names)*:

_____.

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

    c.    If the defendant is a corporation

    The defendant, *(name)* Trump Organization is incorporated under
the laws of the State of *(name)* New York & Florida , and has its
principal place of business in the State of *(name)* New York .

    Or is incorporated under the laws of *(foreign nation)* ,

    and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Over the periods of 2016 to 2020, I was forced into a homeless situation Due to several factors including the Pandemic, which barred me from getting a reasonable cost roof over my head.

**III.   Venue**

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

☐    a substantial part of the events I am suing about occurred in San Diego or Imperial County

☐    a substantial part of the property I am suing about is located in San Diego or Imperial County

☒    I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County

☐    at least one defendant resides in this district and all other defendants reside in California

☐    Other (identify the specific statute that says venue is proper here):

    _____ .

4

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

IV.    **Statement of Claim(s)**

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief.  In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A.    FIRST CLAIM FOR RELIEF: #50 Million _____ (identify the law or right you

claim was violated), by Universal Declaration of human rights 1948

(name the defendant(s) involved). The UDHR is codified in the international covenant on economic, social & cultural

Supporting Facts: (explain what happened): California Assembly constitutional Rights in 1966

Amendment 10 (AcA-10) states: "The fundamental human right to housing is hereby declared to exist in this state. The right ensures access to adequate housing for all Californians.

I was denied this right between 2021 & 2023!" I was forced to live in my 1995 GMC Suburban. I didn't have access to my ID, debit cards between 2022 & 2024! I later regained access to my bank account which had #15,000 in it. I spent it trying to get any reasonable room off the streets. I am the eldest biological son of Saudi Billionaire Royal prince Alwaleed Bin Talal, & since my birth, I have been attacked, suppressed, repressed by many in connection with Trump, Elon Musk all orchestrated by my Saudi father!! All I want is what is rightfully mine!

← over

5

I am running for US President in 2028-2029. I am being fought at every turn, repressed, suppressed by Donald Trump & his Tyrants in my campaign! He is scared of me! All I want is to be given the chance to rise, to do what is necessary, for all americans & to give back a large investment into all Americans!! Do what's right for myself & All americans. I will elaborate more on this in court if & when asked.

I want $50 million so I can be compensated for my homeless during the Pandemic & for the attacks on my incomes; social security, Medicare, medicaid/Medi-CAL! Trump & Elon are attacking it all because "I" am on this income!

Both Mike Severts & Mark Zuckerberg immediately Banned Me, Adam Bin Alwaleed from T-mobile & Meta only on the basis that I am running for US President, I am Saudi-American, I am a legitimate Saudi Royal Prince, with Sovereign level diplomatic Immunity Status due to the fact that My Father is His Royal Highness, Prince Alwaleed Bin Talal. My father has Diplomatic Immunity Status & according to the Vienna Convention on diplomatic relations, articles 29-31 If the Main diplomat has immunity So do his children! My diplomatic card was destroyed in 2023 by a Sociopathic, Narcisstic, Rogue Sherriff in the inland empire based on Discriminatory acts of Racial Profiling & hate crimes! I lost my legitimate Vehicle, all of my clothing, was denied access to my IDs within my vehicle, my vehicle was crushed a week later! (with all my stuff still inside!!)   over

I was forced into the streets with no ID, no access to my money. Ironically right about the same time I was running for US President in 2023-2024. I think my cellphone was used to track me, then Trump, Elon & My father worked together against me! I have been repressed, Suppressed, made homeless, then, once I got off the streets, I ordered stuff I need from Temu & Tiktok shop, & I have yet to get my orders due to Tariffs because the ship is still in a China Port!

When does the repression & Suppression end?? huh?

His Royal Highness, Prince Adam Bin Alwaleed Eldest son of Prince alwaleed Bin Talal

Cousin to Crowned Prince of Saudi Arabia, Mohammed Bin Salman

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☒    Money damages in the amount of: $337,133 Billion.

☒    Other (explain): _____

$50 million + $750 Million +
$333 Million + 333 Billion = $334,133 Billion

each is a penalty for hate crimes, repression,
suppression, banning for no reason &
being forced into homelessness, loosing everything.

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-29-25

Plaintiff's Signature:    Adam Bin Alwaleed

Plaintiff's Printed Name:    Adam Bin Alwaleed

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Donald J Trump
US President
1600 Pennsylvania Ave NW
Washington, DC
Washington, DC 20500
202-456-6213
president@whitehouse.gov

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

US Tariffs & Donald Trump
US President
1600 Pennsylvania Ave NW
Washington, DC
Washington, DC 20500
202-456-6213
president@whitehouse.gov

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

c. If the defendant is a corporation *Trump media & Technology Group*

The defendant, *(name)* *Trump Organization* is incorporated under the laws of the State of *(name)* *Sarasota, Florida* , and has its principal place of business in the State of *(name)* *& Aventura, Florida*

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* *Trump Organization*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*75,000 X 10 = $750,000*
*Time & material cost + Shipping for*
*each item lost or ordered (from China*
*& Canada)*

**III.  Venue**

The Southern District of California includes the Counties of San Diego and Imperial.  If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

☒  a substantial part of the events I am suing about occurred in San Diego or Imperial County

☐  a substantial part of the property I am suing about is located in San Diego or Imperial County

☒  I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County

☐  at least one defendant resides in this district and all other defendants reside in California

☐  Other (identify the specific statute that says venue is proper here):

_____.

4

4

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV.    Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A.    FIRST CLAIM FOR RELIEF: Vienna Convention on Diplomatic Relations Articles 29-31 (identify the law or right you claim was violated), by Donald J Trump & State Dept! (name the defendant(s) involved).

Supporting Facts: (explain what happened): I ordered $200 worth of Items from both Tiktok & Temu & now can't get my adult diapers & a few other Items I need like my 4 terabyte hard drives from China I can't get these items because the Ship won't leave china port! The adult diapers that have 6,500 milliliter absorbency levels come from chinese factories under an american Product name! This effects me because there ARE no American Diaper factories that make 6,500 milliliter capasity 12 hour disposable diapers!! This also impacts over 10,000 other people in America! I myself have Sovereign level diplomatic Immunity Status because My father, Saudi Royal Prince, Alwaleed bin Talal has it & as per the Vienna convention on Diplomatic Relations Articles 29-31, I do not have to abide by these Tariffs! especially Article 31

5

**IV. Statement of Claim(s) (cont'd)**

B.  SECOND CLAIM FOR RELIEF: Vienna Convention on Diplomatic Relations Articles 29-31 (especially Article 31 __ (identify the law or right you claim was violated), by Donald J Trump administration (name the defendant(s) involved). Donald J. Trump

Supporting Facts: (explain what happened): I am the eldest son of Saudi Billionare, Royal Prince Alwaleed Bin Talal. The current King of Saudi Arabia is my uncle & the crowned Prince is my cousin. I legitimately have actual default Diplomatic Immunity status and I can't seem to get my needed medically necessary 6,500 milliliter Adult Diapers which are made in China! Time & Time again, I tried, yet to no avail! The only way to solve this is to compensate me & either place a permanent injunction against Tariffs in California or allow me to be immune from

C.  THIRD CLAIM FOR RELIEF: I want 30 million (identify the law or right you claim was violated), by Donald J Trump __ (name the state by the above Article) defendant(s) involved).

Supporting Facts: (explain what happened): I want 30 million to be paid to me, I want my official Diplomatic immunity card back & I want 32 percent Shares in Trump National Golf Club, Washington, DC in compensation for the people who were also unable to get their adult diapers from the same Source! I will create a fund in a bank account for these people to get their supplies through me.

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

**V.      Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☑  Money damages in the amount of: $30 million + 32 percent Shares

☑  Other (explain): _____ of Trump National Golf Club, Washington DC.

✗ See prior page near bottom.

I, His Royal Highness Prince Adam Bin Alwaleed wish to make all California Shipping ports immune to Trump's tariffs via entrance of legal injunctions

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        5-15-25

Plaintiff's Signature:        _Adam Bin Alwaleed_

Plaintiff's Printed Name:        Adam Bin Alwaleed